UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN NACHSHEN,

                Plaintiff(s),

against

JEM REAL ESTATE CO., LLC et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 10996 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' Motion to Stay pending the New York City Landmarks Preservation Commission and the New York City Department of Buildings approval or denial of the proposed remediations to the exterior of Defendant Caliente Cab Co.'s storefront. (ECF No. 26). As Defendants' business is in a historic district and any storefront alterations require approval, all discovery deadlines are **ADJOURNED SINE DIE** pending such approval or denial.

The parties shall submit brief joint status letters to the court **every 30 days**, beginning on March 17, 2020, until both the New York City Landmarks Preservation Commission and the New York City Department of Buildings have responded to the proposed alterations. At that time, the Court will set a schedule for the remainder of expert discovery.

Dated:     New York, New York
            February 18, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**