UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN NACHSHEN,

                Plaintiff(s),

against

JEM REAL ESTATE CO., LLC et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 10996 (PAE) (SLC)

**ORDER AMENDING STAY**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Letter-Motion requesting an amendment to the Stay of Discovery entered on February 18, 2020. (ECF No. 28). Plaintiff requests that Defendants provide Plaintiff with document discovery related to their ramp application submitted to the New York City Landmarks Preservation Commission and the New York City Department of Buildings.

The requested amendment of the Stay Order is GRANTED. To the extent they have not already done so, Defendants shall provide Plaintiffs with the requested discovery related to the ramp application on an ongoing basis while the parties await responses from the city agencies. Defendants shall make any supplement productions at least five days before the monthly joint letter submission.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 28.

Dated:     New York, New York
            February 26, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**