# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

February 1, 2021

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York

**Re:**   *Steven Nachshen v. Jem Real Estate Co., LLC and Caliente Cab Rest. Co., Inc.*

## Docket No. 1:18-cv-10996 (PAE)(SLC)

Dear Judge Engelmayer:

It is with great sadness that we write to inform the Court that plaintiff Steven Nachshen passed away on January 29, 2021. At this point in time, we are not able to identify a representative of Steven Nachshen's estate, if any, who may be substituted on his behalf. Accordingly, we respectfully request that Your Honor stay this action and for plaintiff's counsel to submit a status letter to the Court by April 30, 2021 concerning the appointment of a representative of Mr. Nachshen's estate and the prosecution of this case.

Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/

Glen H. Parker, Esq.

The Court is sorry to hear about Mr. Nachshen's passing and offers condolences to his family and friends.  All deadlines in this case are stayed until April 30, 2021, at which point counsel should submit a letter informing the Court about the status of identifying a representative for Mr. Nachshen's estate.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 2, 2021